B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re  **Fortress Resources, LLC**  
Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jennmar Corporation<br>PO Box 640339<br>Pittsburgh, PA 15264-0339 | Jennmar Corporation<br>PO Box 640339<br>Pittsburgh, PA 15264-0339 | | | 550,054.50 |
| Jarisa, Inc<br>PO Box 536<br>Neon, KY 41840 | Jarisa, Inc<br>PO Box 536<br>Neon, KY 41840 | | | 508,955.16 |
| Drill Steel Services<br>4898 Hwy 15<br>Whitesburg, KY 41858 | Drill Steel Services<br>4898 Hwy 15<br>Whitesburg, KY 41858 | | | 402,603.34 |
| Fannin Enterprises Inc<br>PO Box 981<br>Allen, KY 41601 | Fannin Enterprises Inc<br>PO Box 981<br>Allen, KY 41601 | | | 282,497.15 |
| Tramco Services Inc<br>141 Campbells Creek Drive<br>Charleston, WV 25306 | Tramco Services Inc<br>141 Campbells Creek Drive<br>Charleston, WV 25306 | | | 279,590.33 |
| Anthem Blue Cross Blue Shield<br>PO Box 105124<br>Atlanta, GA 30348-5124 | Anthem Blue Cross Blue Shield<br>PO Box 105124<br>Atlanta, GA 30348-5124 | | | 260,946.33 |
| Brickstreet Insurance<br>400 Quarrier Street<br>Charleston, WV 25301 | Brickstreet Insurance<br>400 Quarrier Street<br>Charleston, WV 25301 | | | 216,827.00 |
| Barnette Contractors, LLC<br>PO Box 1190<br>Wise, VA 24293 | Barnette Contractors, LLC<br>PO Box 1190<br>Wise, VA 24293 | 2 accounts | | 213,847.85 |
| L&L Excavation<br>PO Box 614<br>Salyersville, KY 41465 | L&L Excavation<br>PO Box 614<br>Salyersville, KY 41465 | | | 213,671.85 |
| Industrial Supply Co<br>PO Box 1906<br>Knoxville, TN 37901 | Industrial Supply Co<br>PO Box 1906<br>Knoxville, TN 37901 | | | 185,565.16 |
| Central Hydraulics Service<br>PO Box 1170<br>Logan, WV 25601 | Central Hydraulics Service<br>PO Box 1170<br>Logan, WV 25601 | services | | 180,177.81 |
| Gauley Robertson<br>PO Box 70<br>Hico, WV 25854 | Gauley Robertson<br>PO Box 70<br>Hico, WV 25854 | | | 154,675.80 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **Fortress Resources, LLC**  _____   Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Carroll Engineering Co<br>PO Box 860<br>Harlan, KY 40831 | Carroll Engineering Co<br>PO Box 860<br>Harlan, KY 40831 | engineering services | | 149,955.98 |
| Coalfield Lumber Inc<br>PO Box 1656<br>Inez, KY 41224 | Coalfield Lumber Inc<br>PO Box 1656<br>Inez, KY 41224 | | | 144,705.76 |
| Phillips Machine Service<br>367 George Street<br>Beckley, WV 25801 | Phillips Machine Service<br>367 George Street<br>Beckley, WV 25801 | | | 144,489.00 |
| Xpress Service & Sales<br>PO Box 1667<br>Coeburn, VA 24230 | Xpress Service & Sales<br>PO Box 1667<br>Coeburn, VA 24230 | | | 137,579.21 |
| Joy Global Underground Mining<br>PO Box 504794<br>Saint Louis, MO 63150-4794 | Joy Global Underground Mining<br>PO Box 504794<br>Saint Louis, MO 63150-4794 | | | 120,222.78 |
| Bills Electronics Inc<br>PO Box 1559<br>Logan, WV 25601-1559 | Bills Electronics Inc<br>PO Box 1559<br>Logan, WV 25601-1559 | vendor | | 118,383.73 |
| Smith-Manus<br>2307 River Road Suite 200<br>Louisville, KY 40206-5005 | Smith-Manus<br>2307 River Road Suite 200<br>Louisville, KY 40206-5005 | | | 106,368.64 |
| J Lok Corporation<br>PO Box 640339<br>Pittsburgh, PA 15264-0339 | J Lok Corporation<br>PO Box 640339<br>Pittsburgh, PA 15264-0339 | | | 99,160.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 5, 2015**           Signature   **/s/ Gary J. Smith**
                                                **Gary J. Smith**
                                                **President & CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.