**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE: FORTRESS RESOURCES, LLC　　　　　　　　　　　　　　　　　CHAPTER 11
　　　　dba McCoy Elkhorn Coal Company

DEBTOR　　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 15-70730

## AFFIDAVIT OF W. THOMAS BUNCH II

　　　　Affiant, W. Thomas Bunch II, first being duly sworn, states and deposes as follows:

　　　　1.　　I am an attorney admitted to practice in the Commonwealth of Kentucky and an attorney at the law firm of Bunch & Brock, 271 West Short Street, Suite 805, Lexington, KY 40507. This Affidavit is submitted in support of the "Application for Order to Retain Bunch & Brock as attorneys for the Debtors and Debtors-in-Possession" (hereinafter, the "Application") in this Chapter 11 case pursuant to Code § 327(a) and in compliance with Code §§ 329 and 504 and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure.

　　　　2.　　I have conducted a review of all creditors and equity security holders, attorneys, accountants and advisors of the Debtor and its related entities. Except as otherwise provided herein, neither I nor any attorney at the law firm of Bunch & Brock has any connection with the Debtor, creditors, equity security holders, attorneys, accountants or advisors or any other party in interest in the Debtor's Chapter 11 case.

　　　　3.　　Notwithstanding the disclosures above, Bunch & Brock does not represent any interest adverse to that of the Debtor or the Debtor's estate in the matters upon which the Debtor seeks to retain Bunch & Brock, and Bunch & Brock is a "disinterested person" within the meaning of Code §101(14). Neither I, nor any other attorney at Bunch & Brock, are

1

connected in any way with any Bankruptcy Judge of the Eastern District of Kentucky or the U.S. Trustee or any assistant U.S. Trustee assigned to this Chapter 11 Case so as to render the appointment of Bunch & Brock inappropriate under Rule 5002(b).

<u>Statement under Section 329 of the Bankruptcy Code and<br>Rule 2016 of the Federal Rules of Bankruptcy Procedure.</u>

4. The Debtor paid $51,717, inclusive of the $1,717 filing fee, on November 2, 2015, into the Bunch & Brock IOLTA Escrow Account.

5. In preparing this Chapter 11 Case, Bunch & Brock has incurred fees and expenses pre-petition in amounts determined immediately prior to the filing of this case and paid those fees and expenses of $14,285.00. Bunch & Brock has attached hereto its time sheets reflecting pre-petition attorney fees and expenses and hereby discloses that the net remaining balance held by Bunch & Brock in its IOLTA Account as a post-petition security retainer, after payment of the $1,717 filing fee, is now $35,715.

6. Bunch & Brock has not entered into any agreements, express or implied, with any other party in interest in this case (i) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (ii) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Code, and (iii) for payment of compensation in connection with this case other than in accordance with the applicable provisions of the Bankruptcy Code.

7. Bunch & Brock intends to apply for compensation for professional services rendered in connection with this Chapter 11 Case and for reimbursement of expenses in accordance with the Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules

and/or any orders of this Court. Bunch & Brock's current customary hourly rates for professionals, subject to change from time to time, is $450 per hour for W. Thomas Bunch, $350 per hour for W. Thomas Bunch II, $350 per hour for Matthew B. Bunch, $300 per hour for Caryn Belobraidich, $300 per hour for Peter J. W. Brackney, $60 per hour for paralegal or law clerk, and $40 per hour for extraordinary secretarial services. No charges will be made for clerical services, unless extraordinary exceptional circumstances occur.

          **BUNCH & BROCK**

       By:  /s/ W. Thomas Bunch II
          **W. THOMAS BUNCH II**
          271 West Short Street, Ste. 805
          Lexington, Kentucky 40507-1217
          (859) 254-5522
          tom@bunchlaw.com
          **PROPOSED ATTORNEYS FOR THE**
          **DEBTOR IN POSSESSION**

COMMONWEALTH OF KENTUCKY  }
                   }
COUNTY OF FAYETTE         }

  Subscribed, sworn to, and acknowledged before me by W. Thomas Bunch II on this 5th day of November, 2015.

          /s/ Ann Tresine Callahan
          Notary Public, State at Large, KY #470923
          My Commission Expires: August 9, 2016

# Bunch & Brock

805 Security Trust Building
271 West Short Street
Lexington, KY 40507

*Please Make Check Payable to:*
**Bunch & Brock**

Fortress Resources, LLC

## Billing Statement

November 05, 2015

**In Reference To:**    **Chapter 11**

FOR PROFESSIONAL SERVICES RENDERED:

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/23/2015 | WTBII -- Telephone conference with Gary Smith, Levitt and others re: status of lending from Callidus and possible bankruptcy (2.2); e-mail to Gary with list of documents (.3) | 2.50 350.00/hr | 875.00 |
| | CASE ADMINISTRATION | | |
| 10/27/2015 | WTBII -- E-mails with Gary Smith and call with Gary (.8); drafted Corporate Resolutions for Fortress and the corporate member of Fortress (.6) | 1.40 350.00/hr | 490.00 |
| | CASE ADMINISTRATION | | |
| 10/30/2015 | WTBII -- Telephone conference with Gary Smith, Levitt and others re: status and call with Callidus on Monday (.8) | 0.80 350.00/hr | 280.00 |
| | CASE ADMINISTRATION | | |
| 11/1/2015 | WTBII -- Prepared part of Petition and reviewed records (1.4) | 1.40 350.00/hr | 490.00 |
| | CASE ADMINISTRATION | | |
| 11/2/2015 | WTBII -- Telephone conference with Sheila, Courtroom deputy re: new Chapter 11 (.3); telephone conference with Smith, Levitt, Richard, Jeremy re: status and meeting with | 0.70 350.00/hr | 245.00 |

Fortress Resources, LLC
   Page   2

| | Hrs/Rate | Amount |
|---|---|---|
| Callidus (.4) | | |
| **CASE ADMINISTRATION** | | |
| 11/2/2015 ATC -- Input Schedule F creditors (3.0) | 3.00<br>60.00/hr | 180.00 |
| **CASE ADMINISTRATION** | | |
| PB -- Meeting with Tom Bunch II re: strategy (.3); draft motion for master service list (1.2); draft motion for hearings to be heard in Lexington (.5); draft order designating spokesperson (.2); draft motion for expedited first day hearing (.3); draft notice of appearance for Peter Brackney (.1) | 2.60<br>300.00/hr | 780.00 |
| **CASE ADMINISTRATION** | | |
| PB -- Draft cash collateral motion; research records of Secretary of State (.9) | 0.90<br>300.00/hr | 270.00 |
| **FINANCING** | | |
| PB -- Draft application to employ Bunch & Brock (.5) | 0.50<br>300.00/hr | 150.00 |
| **FEE/EMPLOYMT. APPS./OBJ.** | | |
| 11/3/2015 ATC -- Input Schedule E and F creditors (2.0) | 2.00<br>60.00/hr | 120.00 |
| **CASE ADMINISTRATION** | | |
| PB -- Review insurance documents and draft motion to maintain and pay pre-petition insurance (1.2); review and revise first day motions, draft affidavit of Gary Smith (1.7) | 2.90<br>300.00/hr | 870.00 |
| **CASE ADMINISTRATION** | | |
| WTBII -- Conference call with Levitt, Smith, Jeremy and later Richard re: numerous issues (2.0); prepared part of Statement of Financial Affairs and searched Court Net and Pacer for lawsuits; e-mail to Smith (.6) | 2.60<br>350.00/hr | 910.00 |
| **CASE ADMINISTRATION** | | |
| WTBII -- Telephone conference with Gary Smith, Susan and Randall Taylor re: documents needed and answered questions about operations (1.4) | 1.40<br>350.00/hr | 490.00 |

Fortress Resources, LLC
Page 3

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | **BUSINESS OPERATIONS** | | |
| 11/3/2015 | WTBII -- Telephone conference with John Rhorer re: documents from closing with Callidus (.2); edited letter to Craig at Callidus for Gary (.5) | 0.70<br>350.00/hr | 245.00 |
| | **FINANCING** | | |
| 11/4/2015 | PB -- Meeting with Tom Bunch II re: status of case and additional first day motion matters (.9); review outstanding motions, etc. to prepare (.1); review additional client documents and e-mails (1.5) | 2.50<br>300.00/hr | 750.00 |
| | **CASE ADMINISTRATION** | | |
| | WTBII -- Conference call with Levitt, Smith, Jeremy and Steve (Consultants) and Rob and Evan (attorneys in Canada) re: status of operations, shareholder issues, maintenance of bank accounts and other first day motions (1.9); e-mail to Gary and everyone about Forward Contracts (.3) | 2.20<br>350.00/hr | 770.00 |
| | **BUSINESS OPERATIONS** | | |
| | WTBII -- Receipt and review of e-mails from Craig to Gary (sent by Wyeth about Callidus' reaction) (.2); review of all closing documents from Dinsmore for the Callidus loan (.9) | 1.10<br>350.00/hr | 385.00 |
| | **FINANCING** | | |
| | WTBII -- Telephone conference with Gary re: preferred shareholders (.1); preparation of Schedules of Petition (2.6) | 2.70<br>350.00/hr | 945.00 |
| | **CASE ADMINISTRATION** | | |
| 11/5/2015 | ATC -- Edit Schedules E and F (1.5) | 1.50<br>60.00/hr | 90.00 |
| | **CASE ADMINISTRATION** | | |
| | PB -- Continue document review and preparation of first day motions, meeting with Tom Bunch II and Gary Smith (7.6) | 7.60<br>300.00/hr | 2,280.00 |
| | **CASE ADMINISTRATION** | | |

Fortress Resources, LLC
    Page   4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/5/2015 | WTBII -- Meeting with Gary Smith re: review of history of company, prepare and edit Petition and filed with Court (7.1) | 7.10 350.00/hr | 2,485.00 |
|  | CASE ADMINISTRATION |  |  |
|  | Total Time Charges: | 48.10 | $14,100.00 |
|  | EXPENSES: |  |  |
| 11/4/2015 | Fee for UCC search |  | 185.00 |
|  | CASE ADMINISTRATION |  |  |
|  | Total Expenses: |  | $185.00 |
|  | Total Time and Expense Charges: |  | $14,285.00 |
|  | BALANCE DUE AND OWING: |  | $14,285.00 |