UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Pikeville Division

In re:

Fortress Resources, LLC

Debtor.

Case No. 15-70730
Chapter 11

### Appointment of Official Committee of Unsecured Creditors

Samuel K. Crocker, United States Trustee, pursuant to 11 U.S.C. § 1102(a)(1), appoints the following creditors to serve on the Official Committee of Unsecured Creditors:

Jennmar Corporation  **(Interim Chair)**
c/o James W. Pfeifer
258 Kappa Dr.
Pittsburgh, PA 15238
(412)963-5445
jpfeifer@jennmar.com

Tramco Services, Inc.
c/o Larry Ward, Jr.
141 Campbells Creek Dr.
Charleston, WV 25306
(304)926-2650
larry.ward@solutionk.com

Carroll Engineering Co.
c/o Greg Wolfe
PO Box 860
Harlan, KY 40831
(606)573-1000
agw@carrollengineeringco.com

The United States Trustee reserves the right to modify the composition of this Committee if circumstances warrant.

Dated: November 16, 2015  **Samuel K. Crocker**
United States Trustee

By _/s/ Bradley M. Nerderman_
Bradley M. Nerderman
Trial Attorney
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822

**Certificate of Service**

I certify that on November 16, 2015, I served a copy of the foregoing upon the above Committee members and creditors and parties in interest on the Master Service List dated November 12, 2015 in accordance with the method established under CM/ECF Administrative Procedures.

_/s/ Bradley M. Nerderman_
Bradley M. Nerderman