IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

---------------------------------------------------------x
In re:                                              :     Chapter 7
                                                    :
Fortress Resources, LLC                             :     Case No. 15-70730-grs
d/b/a McCoy Elkhorn Coal Company,                   :
                                                    :     Honorable Gregory R. Schaaf
                    Debtor.                         :
---------------------------------------------------------x

### KENTUCKY ENERGY AND ENVIRONMENT CABINET'S
### SECOND NOTICE OF ISSUANCE OF SURFACE MINING PERMITS

COMES the Commonwealth of Kentucky, Energy and Environment Cabinet ("Cabinet"), by counsel, pursuant to the Agreed Order entered on May 19, 2021 [Docket No. 701], and for its Second Notice of Issuance of Surface Mining Permits, states that the transfer of surface mining permit number 898-9170 (now 898-1104) from Fortress Resources, LLC dba McCoy Elkhorn Coal Company to McCoy Elkhorn Coal, LLC dba McCoy Elkhorn Coal Company has occurred.

DATED: August 19, 2021                    **COMMONWEALTH OF KENTUCKY,**
                                          **ENERGY AND ENVIRONMENT CABINET**


                                          /s/ Timothy J. Mayer
                                          Lena K. Seward (KBA No. 94728)
                                          Timothy J. Mayer (KBA No. 96793)
                                          Office of Legal Services
                                          Energy and Environment Cabinet
                                          300 Sower Blvd., 3rd Floor
                                          Frankfort, KY 40601
                                          Ph: (502) 782-7067 (LKS)
                                          Ph: (502) 545-9576 (TJM)
                                          Fax: (502) 564-7484
                                          Email: Lena.Seward@ky.gov
                                          Email: Timothy.Mayer@ky.gov

## CERTIFICATE OF SERVICE

      It is hereby certified that on August 19, 2021, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic address as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case.

DATED: August 19, 2021                **COMMONWEALTH OF KENTUCKY,**
                                                  **ENERGY AND ENVIRONMENT CABINET**

                                                  /s/ Timothy J. Mayer
                                                  Timothy J. Mayer (KBA No. 96793)