UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

FORTRESS RESOURCES, LLC  CASE NO. 15-70730
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7
　　　DEBTOR

## REPORT OF SALE

Please take notice that pursuant to the Order Granting Motion to Sell Under Section 363 [Doc 677], entered on September 17, 2020, J. Clair Edwards, Trustee, sold the remnant assets of the Debtor to Oak Point Partners, LLC for the purchase price of $7,000.00.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ J. Clair Edwards
　　　　　　　　　　　　　　　　　　　　P.O. Box 1779
　　　　　　　　　　　　　　　　　　　　Somerset, Kentucky 42502
　　　　　　　　　　　　　　　　　　　　Telephone:  859.225.1745
　　　　　　　　　　　　　　　　　　　　Facsimile:   859.254.2012
　　　　　　　　　　　　　　　　　　　　edwardstrustee@gmail.com
　　　　　　　　　　　　　　　　　　　　CHAPTER 7 PANEL TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Report of Sale was served by first-class U.S. mail, postage prepaid, or electronic mail on December 16, 2021 on all creditors and parties in interest.

　　　　　　　　　　　　　　　　　　　　/s/ Clair Edwards, Esq.
　　　　　　　　　　　　　　　　　　　　CHAPTER 7 TRUSTEE